1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY ROSE, Jr.,

11            Plaintiff,                          No.  CIV S-12-0326 KJM GGH P

12       vs.

13   DANIEL CLAPP, et al.,                        FINDINGS AND RECOMMENDATIONS

14            Defendants.

15   _____/

16            Plaintiff, a prisoner proceeding pro se and in forma pauperis seeks relief pursuant

17   to 42 U.S.C. § 1983.  On February 17, 2012, plaintiff's complaint was dismissed and plaintiff

18   was provided 28 days to file an amended complaint.  That time period has now expired, and

19   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

20            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

21   See Local Rule 110; Fed. R. Civ. P. 41(b).

22            These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

24   days after being served with these findings and recommendations, any party may file written

25   objections with the court and serve a copy on all parties.  Such a document should be captioned

26   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

                                                1

1  shall be served and filed within fourteen days after service of the objections.  The parties are

2  advised that failure to file objections within the specified time may waive the right to appeal the

3  District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4  DATED: April 23, 2012

5                                                          /s/ Gregory G. Hollows
                                              UNITED STATES MAGISTRATE JUDGE

6

7  GGH:AB
   rose0326.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26