IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ROSE, Jr.,

    Plaintiff,                        No. CIV S-12-0326 KJM GGH P

    vs.

DANIEL CLAPP, et al.,               FINDINGS AND RECOMMENDATIONS

    Defendants.

_____/

        Plaintiff, a prisoner proceeding pro se and in forma pauperis seeks relief pursuant to 42 U.S.C. § 1983. On February 17, 2012, plaintiff's complaint was dismissed and plaintiff was provided 28 days to file an amended complaint. That time period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

1

1  shall be served and filed within fourteen days after service of the objections.  The parties are
2  advised that failure to file objections within the specified time may waive the right to appeal the
3  District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: April 23, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

7  GGH:AB
rose0326.fta